# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.  25-cr-234 (EGS) |
| | : | |
| **JALIEL CORTEZ HOLLAND,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## UNOPPOSED MOTION FOR CONTINUANCE

Jaliel Cortez Holland, by and through counsel, respectfully moves the Court to continue the Change of Plea Hearing, currently scheduled for January 29, 2026.  Mr. Holland, by and through counsel, has consulted with the Government in this regard and is authorized to represent to the Court that the Government does not oppose the instant motion.  Mr. Holland and the Government have conferred and are both available any time Thursday, February 19, 2026, and Friday, February 20, 2026.  Additionally, the parties agree that the Speedy Trial clock should continue to toll from January 29, 2026, until the date of the Change of Plea Hearing.

Dated: January 26, 2026 	Respectfully submitted,

/s/ Joshua Berman
Joshua Berman (DC Bar No. 489751)
Robert Yick (DC Bar No. 90028919)
Taylor Glover (DC Bar No.90012489)
Curtis Sails III (DC Bar No. 90029650)
Clifford Chance US LLP
2001 K Street NW
Washington, DC 20006
Tel: (202)-912-5000
joshua.berman@cliffordchance.com
robert-arthur.yick@cliffordchance.com
taylor.glover@cliffordchance.com
curtis.sailsIII@cliffordchance.com
***Counsel for Jaliel Cortez Holland***